1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE JACKS,<br><br>            Plaintiff,<br><br>       v.<br><br>MITCHELL, et al.,<br><br>            Defendants. | No.  2:23-cv-1338 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

This action was initiated on July 7, 2023, when the named plaintiff in this matter, Larry Lee Jacks, a prisoner at High Desert State Prison, filed a document entitled "Declaration."  (ECF No. 1.)  In it, he accuses a correctional officer of lying in a rules violation report issued against another prisoner, LeMonta Maddox.  (Id.)  After the court ordered Mr. Jacks to file an application to proceed in forma pauperis or pay the filing fee, he filed a notice clarifying that he is a witness to the events at issue in Maddox v. Lara, 2:22-cv-1545 AC P (E.D. Cal.), and that he intended to file the document which the court construed as a complaint as a declaration in the Maddox case. (ECF Nos. 4, 5.)

This civil action was opened due to a clerical error.  (See ECF No. 5.)  The undersigned will therefore recommend that this action be closed.

////

////

1

1  Mr. Jacks is advised that, in order for his declaration to be considered in the <u>Maddox</u> case,
2  it must bear the docket number for that action, 2:22-cv-1545, and it must be resubmitted to the
3  court.
4  Accordingly, IT IS ORDERED that the Clerk of the Court randomly assign a district
5  judge to this action.
6  IT IS RECOMMENDED that:
7  1. This case be dismissed without prejudice; and
8  2. The Clerk of the Court be directed to close this case.
9  These findings and recommendations are submitted to the United States Magistrate Judge
10 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14)
11 days after being served these findings and recommendations, plaintiff may file written objections
12 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
13 to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
14 objections within the specified time may waive the right to appeal the District Court's order.
15 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
16 Dated:  September 12, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/jacks1338.close

2