UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE JACKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-01338 DAD DB P<br><br><br><br>ORDER |

The instant action was opened on July 7, 2023, when the court received a declaration from plaintiff related to an incident that occurred while he was incarcerated at California State Prison, Sacramento. (ECF No. 1.) The court construed the declaration as a prisoner civil rights complaint. (Id.) Upon being directed to pay the filing fee or file a motion to proceed in forma pauperis, plaintiff informed the court that this action was opened in error and that he intended to file the prisoner civil rights complaint as a declaration in Maddox v. Lara, 2:22-cv-1545 AC P (E.D. Cal.). (ECF Nos. 4, 5.) On September 12, 2023, the undersigned issued findings and recommendations, recommending that this action be closed because it was opened in error. (ECF No. 6.) The findings and recommendations further advised Mr. Jacks that, in order for his declaration to be considered in the Maddox matter, it must bear the docket number for that action, 2:22-cv-1545, and it must be resubmitted to the court. (Id.)

////

1

On September 26, 2023, Mr. Jacks filed objections to the findings and recommendations in which he notified the court that he does not have another copy of the declaration in his possession, as he filed the only copy with the court. (ECF No. 7.) He asks the court to refile the declaration in Maddox v. Lara, 2:22-cv-1545 AC P (E.D. Cal.). (Id.) In light of plaintiff's pro se status, the court will grant plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file the complaint (ECF No. 1) to the docket in Maddox v. Lara, 2:22-cv-1545 AC P (E.D. Cal.) as "Declaration in Support of the Second Amended Prisoner Civil Rights Complaint by Larry Jacks."

Dated:  December 8, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/jack1338.refile

2