UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE JACKS,<br><br>            Plaintiff,<br><br>   v.<br><br>MITCHELL, et al.,<br><br>            Defendant. | No. 2:23-cv-01338-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 6) |

      On July 7, 2023, this civil action was purportedly initiated by plaintiff Larry Lee Jacks, a state prisoner. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, because "[t]his civil action was opened due to a clerical error." (Doc. No. 6 at 1.) Specifically, on October 5, 2023, the court received clarification from Mr. Jacks that he intended his submission to the court to be filed as a witness declaration in the case of *Maddox v. Lara*, 2:22-cv-1545 AC P (E.D. Cal.), and not as a complaint initiating a new civil action on his own behalf. ((Doc. No. 7.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to

/////

1

those findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 11, 2023 (Doc. No. 6) are adopted;
2. This action, which was opened due to a clerical error, is dismissed; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2